

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00112-CV

**THE KATZ PARTNERSHIP**,
Appellant

v.

**HP CAPITAL PARTNERS, L.L.C.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15149
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: August 7, 2019

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM